◆AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the    District of Massachusetts

Barbara Deighton Haupt, Trustee
of BD Realty Trust

V.

Town of Wareham acting by and
through the Board of Selectmen
of the Town of Wareham and the
Board of Selectmen of the Town
of Wareham

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11745 RWZ

TO: (Name and address of Defendant)

Town of Wareham
Mary Ann Silva
Town Clerk
Memorial Town Hall
54 Marion Road
Wareham, MA   02571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey T. Angley, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA   02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    AUG 2 3 2005

CLERK                                DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Plymouth County Sheriff's Department • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110**
*Plymouth, ss.*

September 1, 2005

I hereby certify and return that on 8/30/2005 at 11:49AM I served a true and attested copy of the summons, complaint and jury claim, civil cover sheet, and category sheet in this action in the following manner: To wit, by delivering in hand to Ann Silva, Town Clerk, agent, person in charge at the time of service for Town of Wareham, at Town Hall, 54 Marion Road, Wareham, MA 02571. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.40), Postage and Handling ($1.00), Attest (2 copies) ($5.00) Total Charges $62.90

Deputy Sheriff  Gregory S. Kamon

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.