UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11745-RWZ

BARBARA DEIGHTON HAUPT, TRUSTEE OF BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM, acting by and through the Board of Selectmen of the Town of Wareham and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for the defendants Town of Wareham acting by and through the Board of Selectmen of the Town of Wareham and the Board of Selectmen of the Town of Wareham, in the above-referenced matter.

DEFENDANTS,

By their attorneys,

/s/ Jeffrey T. Blake
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date:   September 20, 2005

261586/WARE/

CERTIFICATE OF SERVICE

I, Jonathan D. Eichman, hereby certify that on the below date, I served a copy of the foregoing Notice of Appearance, by first class mail, postage prepaid, to the following pro se:

Dated: _____    _____
                                   Jonathan D. Eichman

261547/MARL/0013