UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11745-RWZ

BARBARA DEIGHTON HAUPT, TRUSTEE OF
BD REALTY TRUST,

     Plaintiff

v.

TOWN OF WAREHAM, acting by and through
the Board of Selectmen of the Town of Wareham
and the BOARD OF SELECTMEN OF THE
TOWN OF WAREHAM

     Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendants Town of Wareham acting by and through the Board of Selectmen of the Town of Wareham and the Board of Selectmen of the Town of Wareham, in the above-referenced matter.

DEFENDANTS,

By their attorneys,

/s/ Richard Bowen
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date:   September 26, 2005

262069/WARE/0224