UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,<br>    Plaintiff<br><br>v.<br><br>THE TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kristen M. Ploetz, Esq., on behalf of the Plaintiff, Barbara Deighton Haupt, Trustee of BD Realty Trust, in the above-referenced matter.


Date:   November 9, 2005

/s/ Kristen M. Ploetz
Kristen M. Ploetz, Esq.
B.B.O. # 654549
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
(617) 367-8787
kploetz@phillips-angley.com


L:\LITG\Ditn002\Appearance.Ploetz.doc