UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11745-RWZ

BARBARA DEIGHTON HAUPT, TRUSTEE OF
BD REALTY TRUST,

        Plaintiff

v.

TOWN OF WAREHAM, acting by and through
the Board of Selectmen of the Town of Wareham
and the BOARD OF SELECTMEN OF THE
TOWN OF WAREHAM

        Defendants

L.R. 16.1 CERTIFICATE OF CONFERRAL

      Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael J. Hartman
Town Administrator
Wareham Town Hall
54 Marion Road
Wareham, MA 02571

_____
Richard Bowen (BBO# 552814)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: 11/10/05

265537/WARE/0224