UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee )
of BD REALTY TRUST, )
    Plaintiff )
)
v. )
)
THE TOWN OF WAREHAM acting by )
and through the BOARD OF )
SELECTMEN OF THE TOWN OF )
WAREHAM, and the BOARD OF )
SELECTMEN OF THE TOWN OF )
WAREHAM, )
    Defendants )

### CERTIFICATION OF BUDGET AND ADR CONFERENCE

    The Plaintiff, Barbara Deighton Haupt, Trustee of BD Realty Trust, and their legal counsel, Jeffrey T. Angley, Esq., certify, pursuant to Local Rule 16.1(D)(3) that the plaintiff and her legal counsel have conferred regarding (a) the projected costs of litigating this matter through a trial on the merits and that a budget has been established for the costs of conducting the full litigation; and (b) to consider the resolution of this case through the use of alternative dispute resolution programs.

_____ Trustee
Barbara Deighton Haupt, Trustee of
BD Realty Trust

_____
Jeffrey T. Angley, Esq.
B.B.O. # 543958
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
(617) 367-8787