UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,<br><br>    Defendant | JOINT MOTION TO EXTEND DISCOVERY DEADLINES |

Now come the parties in the above captioned matter and hereby request that this Honorable Court extend the discovery deadlines as follows:

1. Request for Admissions served by July 21, 2006;

2. Responses to Requests for Admissions served by August 21, 2006; and

3. All depositions, expert and fact witnesses, completed by September 29, 2006.

For reasons therefore, the parties state that due to the complexity of this matter and the significant number of expert witnesses, additional time is needed to review the expert reports filed and draft Requests for Admissions. Accordingly, an additional two weeks is requested for the service of Requests for Admissions. As a result, the current 30 day period for answering the Admissions would necessarily be extended by two weeks.

Furthermore, since answers to the Admissions are critical in preparing for expert depositions, the extension of approximately six weeks after the service of answers to Admissions allows counsel to prepare for and conduct the expert depositions.

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, and Trustee of BD REALTY TRUST By its attorney, | TOWN OF WAREHAM, acting by through the Board of Selectmen of the Town of Wareham and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, By their attorney, |
| /s/ Jeffrey T. Angley  (by JTB)_____ Jeffrey T. Angley, Esq. B.B.O. #543958 Phillips & Angley One Bowdoin Square Boston, MA  02114 (617) 367-8787 | /s/ Jeffrey T. Blake_____ Richard Bowen (BBO# 552814) Jeffrey T. Blake (BBO# 655773) Kopelman & Paige, P.C. 31 St. James Avenue Boston, MA 02116 (617) 556-0007 |

287567/WARE/0224