UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,<br>      Plaintiff<br><br>v.<br><br>THE TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF COUNT ONE (BAD FAITH TAKING) OF COMPLAINT (WITH PREJUDICE AND WITHOUT COSTS)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) each party to this action stipulates and agrees that Count One (Taking By Eminent Domain in Bad Faith) in the above-captioned action be dismissed WITH PREJUDICE and WITHOUT COSTS. Each party waives any and all rights of appeal as to Count One.

| **Plaintiff**, | **Defendant**, |
|---|---|
| Barbara Deighton Haupt, Trustee | Town of Wareham acting by and through |
| BD Realty Trust, | the Board of Selectmen of the Town |
| By her attorneys, | of Wareham, and the Board of Selectmen |
| | of the Town of Wareham, |
| | By its attorneys, |
| | |
| /s/ Kristen M. Ploetz | /s/ Richard P. Bowen (with permission) |
| Jeffrey T. Angley, Esq. | Richard P. Bowen, Esq. |
| B.B.O. # 543958 | B.B.O. #552814 |
| Kristen M. Ploetz, Esq. | Jeffrey T. Blake, Esq. |
| B.B.O. #654549 | B.B.O. #655773 |
| Phillips & Angley | Kopelman & Paige, P.C. |
| One Bowdoin Square | 101 Arch Street |
| Boston, MA 02114 | Boston, MA 02110-1109 |