UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST, <br>     Plaintiff <br><br> v. <br><br> THE TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO CONTINUE PRE-TRIAL CONFERENCE FOR THIRTY DAYS**

Now come the Plaintiff, Barbara Deighton Haupt, Trustee of BD Realty Trust ("the Trust"), and the Defendants, the Town of Wareham acting by and through the Board of Selectmen of the Town of Wareham, and the Board of Selectmen of the Town of Wareham (collectively, "the Town"), and jointly move this Honorable Court to continue the pre-trial conference scheduled for October 11, 2006 for thirty (30) days. For reasons, the parties state that there are two (2) outstanding depositions which are scheduled to take place in October 2006, but which will not occur prior to the pre-trial conference. As a result, the parties will be unable to prepare a complete joint pre-trial memorandum in accordance with this Court's Procedural Order dated September 20, 2006. The parties therefore move for a thirty (30) day continuance of the pre-trial conference in order to complete the two final depositions, and subsequently prepare a joint pre-trial memorandum that complies with the Procedural Order.

1

WHEREFORE, the parties respectfully request that their motion be allowed, and that this Court continue the pre-trial conference for thirty (30) days.

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST By its attorney, | TOWN OF WAREHAM, acting by and through the Board of Selectmen of the Town of Wareham and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, By their attorney, |
| /S/ Kristen M. Ploetz, Esq._____ Jeffrey T. Angley, Esq. B.B.O. #543958 Kristen M. Ploetz, Esq. B.B.O. #654549 Phillips & Angley One Bowdoin Square Boston, MA 02114 (617) 367-8787 | /S/ Jeffrey T. Blake (by KMP) Jeffrey T. Blake, Esq. B.B.O. # 655773 Kopelman & Paige, P.C. 101 Arch Street Boston, MA 02110 (617) 556-0007 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of October, 2006.

\_\_\_\_\_/S/ Kristen M. Ploetz\_\_\_\_\_
Kristen M. Ploetz, Esq.