UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of
BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM acting by and
through the BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM, and the
BOARD OF SELECTMEN OF THE TOWN
OF WAREHAM,

    Defendants

DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ANY AND ALL TESTIMONY AND EVIDENCE CONCERNING TOWN OF WAREHAM M.G.L. CHAPTER 40B STATISTICS

    Now come the Defendants (the "Town") in the above captioned matter and hereby move, *in limine*, that an order be entered precluding any and all testimony and evidence concerning Town of Wareham M.G.L. Chapter 40B statistics including the Town Board of Appeals chart entitled "40B Projects Approved and Pending" identified in Joint Pretrial Memorandum as Plaintiff's Contested Exhibit 'V.' A true and accurate copy of the chart is attached hereto as Exhibit A. In support of this motion, the Town states as follows.

    This is a claim by the Plaintiff for damages resulting from the Town's taking of her Property. With respect to the valuation of the Property, Plaintiff contends that the highest and best use of the premises is as a 40-unit condominium development under M.G.L. c. 40B ("Chapter 40B"). Joint Pretrial Memorandum, Plaintiff's Contested Issues of Fact No. 30. Chapter 40B is a state statute which allows local zoning boards of appeals to approve affordable housing developments under flexible rules including the

bypassing of local bylaws and ordinances. In general, Chapter 40B can be utilized by a developer if a town does not meet minimum thresholds of low or moderate income housing. The Town has stipulated to the fact that at the time of the taking the Town had not achieved the applicable thresholds. <u>Joint Pretrial Memorandum</u> Joint Statement of Stipulated Facts No. 24. As the Town is not contesting the general applicability of Chapter 40B at the time of the taking, statistical information on the number of pending and approved Chapter 40B projects in the Town is irrelevant.[1] The Town's stipulation as to not meeting the Chapter 40B threshold makes additional evidence as to the number and percentage of other affordable housing and Chapter 40B projects duplicative and unnecessary. The court should exclude irrelevant and needlessly presented cumulative evidence. F.R.E. Rules 401 and 403.

WHEREFORE, the Town requests that this Court enter an order precluding the Plaintiffs from offering testimony concerning Chapter 40B statistics including the Town Board of Appeals chart entitled "40B Projects Approved and Pending" identified in <u>Joint Pretrial Memorandum</u> as Plaintiff's Contested Exhibit 'V'.

Defendants,
By their attorneys,

Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007

308137/3100/0224

---

[1] The Town is however contesting the ability of a Chapter 40B project to comply with federal and state environmental and wetlands regulations as they apply to this site.

2

## TOWN OF WAREHAM ZONING BOARD OF APPEALS
## 40B PROJECTS APPROVED AND PENDING

| Petition | Street Address | Developer | Mailing address | contact person | Telephone | Total Units | 40B Units | Disposition |
|---|---|---|---|---|---|---|---|---|
| 24-03 | "Cromesett Landing" Camardo Drive | Wanco Managmnt | Mattapoisett Wareham Housing | Watie Akins | 508-295-8031 | 36 Single Fam 2 bdrm | 9 Lottery | granted 1/16/04 compre permit |
| 48-02 | Swifts Beach Road | Champion Builders | 300 Oak St Pembroke, MA | Matt Dacey | 781-826-3800 | 6 Single Fam 2 bdrm | 2 Lottery | granted 2/21/03 compre permit |
| 14-04 | 425 Main Street | Champion Builders | 600 Oak St Pembroke | Matt Dacey | 781-826-3800 | 8 - 2/4 Unit Townhouses | 2 55+ Lottery | granted 8/10/04 compre permit |
| 13-04 | 68 Fearing Hill Road | Champion Builders | 600 Oak ST Pembroke | Matt Dacey | 781-826-3800 | 7- 2 bdrm free standing units | 2 Lottery | granted 8/10/04 compre permit |
| 30-03 | Carleton Place Locust Street | Carleton Street LLC Pacor | 110 Hedges Pond Rd Plymouth | Pat Mulligan Atty Devin | 781-982-2400 | 40 duplex/ quadplex 3 bdrm | 10 Lottery | granted 3/11/04 compre permit |
| 15-99 | Avenue A Oakdale Heights | Access Partners Dev | 49 Locust St Falmouth | John Druley | | 16 Single Fam | 4 Lottery | granted 07/14/99 |
| 002-05 | Brown Street | Rock Marsh LLC Pacor | 110 Hodges Pond Rd Plymouth | Atty Devin | 781-982-2400 | 40 2 bdrm duplex. | 10 40+ restrict | continued 5/25/2005 |
| 003-04 | Onset Avenue The Fairways at Bay Pointe Country Club | Onset Partners LLC | 110 Hodges Pond Rd Plymouth | Bob Gunnarson Atty Devin | 508-759-8803 781-982-2400 | 114 quadplex | 29 | continued 4/27/2005 |
| 001-05 | 2701 Cranberry Hwy Cranberry Court "Agawam Green" | Cranberry Court LLC | PO Box 311 Amesbury | Micheal Shane Lyman Louis | 978-375-3727 | 48 -1&2 bdrm Single Fam | 14 Lottery | continued 3/9/2005 |
| 53-03 | Hunter Avenue Hunter Estates | Conerstone Prop | 7 Herring Pond Rd Plymouth | Brian Hupp | | 12 Single Family | 5 | In denied/appeal 4/12/2004 |

EXH. A