UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of
BD REALTY TRUST,

       Plaintiff

v.

TOWN OF WAREHAM acting by and
through the BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM, and the
BOARD OF SELECTMEN OF THE TOWN
OF WAREHAM,

       Defendants

<u>DEFENDANTS' WITNESS LIST</u>

       Now come the defendants in the above captioned matter and hereby file their list of witnesses expected to be called at the trial of this matter as follows.

       1.      Professor Mark Bobrowski
       Blatman, Bobrowski & Mead, LLC
       Concord, MA

       Professor Bobrowski is expected to testify as an expert witness with respect to any issues regarding the use of the property.

       2.      Richard J. Dennis, Sr., MAI, SRA, MRA
       Casey and Dennis Real Estate Appraisal Consultants
       6 Beacon Street
       Boston, MA

       Mr. Dennis is expected to testify as to the value of the Highest and Best use of the Premises

       3.      Robert F. Daylor, P.E., P.L.S.
       Daylor Consulting Group, Inc.
       Ten Forbes Road
       Braintree, MA

       Mr. Daylor is expected to testify as an expert witness with regard to the numerous local, state, and federal regulatory issues present at the Premises.

4.      Mark Gifford
        Municipal Maintenance Director
        Town of Wareham

        Mr. Gifford is expected to testify regarding the availability of town
services to the Premises.

5.      Alan C. Vautrinot Sr.
        Vautrinot Land Surveying
        P.O. Box 144
        Plympton, MA

        Mr. Vautrinot is expected to testify with respect to numerous surveys he or
his company conducted at the Premises.

6.      Robb B. Sykes
        Thompson Surveying & Engineering, Inc.
        13 Marconi Lane
        Marion, MA

        Mr. Sykes is expected to testify regarding surveys he or his company
conducted at the Premises.

7.      Christine Godfrey (fact witness)
        Chief, Regulatory Division
        New England District, Corps of Engineers
        Concord, MA

        Ms. Godfrey will testify as to the extent of the jurisdiction of the Army
Corps of Engineers at the subject property.

8.      Karen Adams (fact witness)
        Regulatory Division
        New England District, Corps of Engineers
        Concord, MA

        Ms. Adams will testify as to her observations of the tidal conditions and
the extent of the jurisdiction of the Army Corps of Engineers at the subject
property.

9.    Sterling Wall
      Daylor Consulting Group, Inc.
      Ten Forbes Road
      Braintree, MA

      Mr. Wall is expected to testify as a fact witness with regard to his observations of the subject property.

10.    The defendants reserve the right to seasonably supplement this witness list and call rebuttal witnesses at trial that do not appear on this list.

Defendants,

By their attorneys,

/s/Jeffrey T. Blake
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110-1109
(617) 556-0007

310842/WARE/0224