UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,<br><br>    Defendants | DEFENDANTS' EMERGENCY MOTION FOR STATUS HEARING |

    Now come the defendants, Town of Wareham acting by and through the Board of Selectmen of the Town of Wareham, and the Board of Selectmen of the Town of Wareham, and hereby move and request that the Court hold a status hearing in the above captioned matter <u>as soon as possible</u>.  For reasons therefore, the defendants state that with less than one week before the trial of this matter, plaintiff continues to supplement her expert reports and her experts continue to change their opinions as to numerous relevant areas of contention.  As a result of these revisions at such a late date, the defendants have been severely prejudiced since defendants' experts will not have enough time to make any meaningful review or evaluation of plaintiff's revised opinions.  Therefore, the defendants request that the Court hold a status conference to hear argument as to whether the plaintiff's eleven hour supplementations of her expert reports are permissible.

1

2

Accordingly, the defendants request that the Court hold a status hearing on this matter as soon as possible since the trial in this matter is scheduled to begin on April 9, 2007.

        Defendants,

        By their attorneys,

        _/s/ Jeffrey T. Blake_____
        Richard Bowen (BBO# 552814)
        Jeffrey T. Blake (BBO# 655773)
        Kopelman and Paige, P.C.
        101 Arch Street
        Boston, MA  02110-1109
        (617) 556-0007

311323/WARH/0224