UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,

    Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) and 37.1(A) of the United States District Court for the District of Massachusetts, counsel for defendants hereby certifies that he attempted to confer with the counsel for the plaintiff regarding defendants' Motion to Exclude Plaintiff's Expert's Testimony by electronic mail and telephone on April 2, 2007.  As of the issues presented by defendants' motion could not be narrowed or resolved.

DEFENDANTS,

By their attorneys,

/s/ Jeffrey T. Blake
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

311350/WARH/0224