UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee )
of BD REALTY TRUST, )
      Plaintiff )
)
v. )
)
THE TOWN OF WAREHAM acting by )
and through the BOARD OF )
SELECTMEN OF THE TOWN OF )
WAREHAM, and the BOARD OF )
SELECTMEN OF THE TOWN OF )
WAREHAM, )
      Defendants )

## JOINT EXHIBIT LIST

1. ✓ "Plan Accompanying Abbreviated Notice of Resource Area Delineation on Land in Wareham, MA prepared for Glick Realty Corporation", drawn by Thompson Surveying & Engineering, Inc., dated May 4, 2000 and revised through June 19, 2000

2. ✓ "Plan of Land in Wareham, Mass. Prepared for BD Realty Trust", drawn by Vautrinot Land Surveying, Inc., dated May 7, 2001 and revised through March 28, 2003

3. ✓ Flood Insurance Rate Map for Town of Wareham, Panel 7 of 17 for Community Panel Number 255223-0007-D, as revised through July 15, 1992

4. ✓ Notice of Sewer Availability dated November 8, 2000

5. ✓ Building Sewer Permit dated July 29, 1982

6. ✓ Notice of Taking

7. ✓ Order of Taking

8. ✓ Land Court Plan 12124D

9. ✓ Town of Wareham Zoning Bylaws as revised through April 28, 2003

10. ✓ Town of Wareham Zoning Map as revised through February 1, 1999

11. ✓ Deed conveying Premises to Plaintiff (unredacted)

12. ✓ Architectural renderings of proposed two-family home dated December 10, 2003

13. ✓ "Foundation Plan – V-Zone Foundation BD Realty Trust" dated April 2, 2003, drawn by Field Engineering Co., Inc. (Sheets S-1 through S-3)

14. ✓ Notice of Intent (#SE76-1303) dated May 8, 2001, filed by Plaintiff for the Premises.

15. ✓ Order of Conditions denying Notice of Intent (#SE76-1303) and accompanying letter from Wareham Conservation Commission.

16. ✓ Notice of Intent (#SE76-1380) dated January 4, 2002, filed by the Plaintiff for the Premises.

17. ✓ Order of Conditions denying Notice of Intent (#SE76-1380) and accompanying letter from Wareham Conservation Commission.

18. ✓ Superceding Order of Conditions issued by DEP (#SE76-1380)

19. ✓ Wareham Assessor's records from 1951-1953

20. ✓ Wareham Assessors Cards for the years 2000 to 2004 inclusive

21. ✓ Aerial photographs
    one (1) photo dated 1952 (including a zoomed in version) **[21A & 21B]**
    two (2) photos dated July 14, 1977 **[21C (premises) & 21D (town beach)]**
    one (1) photo dated August 1987 **[21E]**
    one (1) photo dated August 1991 **[21F]**
    seven (7) photos dated August 2005 **[21G-M]**

22. ✓ Twenty-one (21) photographs **[22A-22U]**

23. ✓ Land Court Plan No. 12124A 1926 Plan of Land Sheet 1 & Sheet 2.

24. ✓ Land Court Plan No. 12124B 1931 Subdivision of Lot C.

25. ✓ Land Court Plan No. 12124C 1931 Subdivision of Lot D.

26. ✓ Land Court Plan No. 12124E 1940 Subdivision of Lot D.

27. ✓ Land Court Plan No. 12124G 1948 Subdivision Plan.

28. ✓ Soil Survey for Plymouth County Sheet No. 54 attachment 7 to the Daylor Report.

29. ✓ Land Court Plan No. 12124I 1977 Subdivision Plan.

30. ✓ Swifts Beach, 1893 USGS 15-Minute Series, Falmouth Quadrangle topographical map.

31. ✓ Swifts Beach, 1941 USGS 7.5-Minute Series Quadrangle topographical map.

32. ✓ Swifts Beach, 1953 USGS 7.5-Minute Series Quadrangle topographical map.

33. ✓ Swifts Beach, 1967 USGS 7.5-Minute Series Quadrangle topographical map.

34. ✓ Swifts Beach, 1901 Coast Chart #112, Vineyard Sound and Buzzards Bay, August 1901.

35. ✓ Swifts Beach, 1911 Navigation Chart #249 for Buzzards Bay, August 1911.

36. ✓ Swifts Beach, 1931 Navigation Chart #251 for Head of Buzzards Bay, November 1931.

37. ✓ Figures 1 through 5 (inclusive) attached to Report of Robert Daylor

38. ✓ "Plan of Land in Wareham, Mass. Prepared for BD Realty Trust", drawn by Vautrinot Land Surveying, Inc., dated May 7, 2001 and revised through November 26, 2003

39. ✓ Army Corps of Engineers letter dated August 23, 2003 responding to Plaintiff's application for groin permit

40. ✓ Architectural rendering of proposed two-family home and layout of beach club parking dated September 21, 2003

41. ✓ August 31, 2003 video of the Premises taken by Plaintiff

42. ✓ "Plan of Land in Wareham, Mass. Prepared for BD Realty Trust", drawn by Vautrinot Land Surveying, Inc., dated May 7, 2001 and revised through December 18, 2001

43. ✓ Order to Stay issued by the Massachusetts Division of Administrative Law Appeals, dated January 30, 2004

44. ✓ 250 CMR 4.00 (Rules of Professional Responsibility )

45. [**Marked for identification only**] Letter from Alan Vautrinot dated July 11, 2001

46. ✓ Revised Existing Conditions Plan, prepared by McKenzie Engineering Group, Inc., dated March 2007

47. ✓ Revised Concept Plan C-2, prepared by McKenzie Engineering Group, Inc., dated March 2007

48. ✓ Revised Concept Plan C-3, prepared by McKenzie Engineering Group, Inc., dated March 2007

49. ✓ *Curriculum vitae* for Robert Daylor

50. ✓ *Curriculum vitae* for Lenore White

51. ✓ *Curriculum vitae* for Bradley McKenzie

52. ✓ *Curriculum vitae* for Steven Elliott

53. ✓ Overlay transparency prepared by Robert Daylor

54. ✓ [**Marked for identification only**] Daylor Exhibit C – 2006 Wetland Resource Area Delineations Plan

55. ✓ *Curriculum vitae* for Richard Dennis

✓ 56. Agreed Stipulated Facts

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, TRUSTEE OF BD REALTY TRUST, By her attorneys, | TOWN OF WAREHAM, By its attorneys, |
| /s/ Kristen Ploetz | /s/ Richard P. Bowen |
| Jeffrey T. Angley, Esq. B.B.O. #543958 Kristen M. Ploetz, Esq. B.B.O. #654549 Phillips & Angley One Bowdoin Square Boston, MA 02114 (617) 367-8787 Date: 4/18/2007 | Richard P. Bowen, Esq. B.B.O. #552814 Jeffrey T. Blake, Esq. B.B.O. #655773 Kopelman & Paige, P.C. 101 Arch Street Boston, MA 02110-1109 (617) 556-0007 Date: |

L:\Ditn002\trial.exhibit.list.final.doc