UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-11745-RWZ

BARBARA DEIGHTON HAUPT,
Trustee of BD Realty Trust

v.

THE TOWN OF WAREHAM, et al.

QUESTIONS TO THE JURY ON SPECIAL VERDICT

1.   On December 31, 2003, what was the highest and best use of plaintiff's property at 200 Swift's Beach Road in Wareham, Massachusetts?

Residental Duplex with Beach front

2.   On December 31, 2003, what was the Fair Market Value of plaintiff's property in light of your answer to Question 1?

$ 1,550,000.00

_____4/18/07_____          _____Douglas Phufott_____
       DATE                              FOREPERSON