## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BARBARA DEIGHTON HAUPT
       Plaintiff(s)

v.                         CIVIL ACTION NO.  05CV11745-RWZ

THE TOWN OF WAREHAM ET AL
       Defendant(s)

### JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Judgment for PLAINTIFF.

Dated: 4/19/07                By    LISA A. URSO
                                                Deputy Clerk