UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of
BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM acting by and
through the BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM, and the
BOARD OF SELECTMEN OF THE TOWN
OF WAREHAM,

    Defendants

CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 7.1(A)(2)

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel for defendants hereby certifies that he attempted to confer with the counsel for the plaintiff regarding defendants' Motion for New Trial/Remittitur and/or Motion to Amend Judgment by telephone on April 25, 2007 and April 26, 2007. Counsel for the plaintiff was unavailable and a detailed voice message was left. Therefore, the issues presented by defendants' motion could not be narrowed or resolved.

DEFENDANTS,

By their attorneys,

/s/ Jeffrey T. Blake
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

313513/WARH/0224