AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Barbara Deighton Haupt, Trustee of BD Realty

V.

Town of Wareham et al.

**BILL OF COSTS**

Case Number: 05-11745RWZ

Judgment having been entered in the above entitled action on ___4/19/2007___ against ___Town of Wareham___ ,
the Clerk is requested to tax the following as costs:
<br>Date

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 98.90 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,955.10 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 169.68 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 3,473.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or.

☒    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _Kristen M. Ploetz_

Name of Attorney:    Kristen M. Ploetz, Esq.

For:    Barbara Deighton Haupt, Trustee of BD Realty Trust    Date:    5/3/2007
<br>Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court _____     Deputy Clerk _____     Date _____

✎AO 133     (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Steven G. Elliott | 1 | 40.00 | 0 | 0.00 | 0 | 0.00 | $40.00 |
| Lenore White | 1 | 40.00 | 0 | 0.00 | 19 | 21.18 | $61.18 |
| Bradley C. McKenzie | 1 | 40.00 | 0 | 0.00 | 60 | 28.50 | $68.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $169.68 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11745RWZ

| | |
|---|---|
| BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,<br>        Plaintiff<br><br>v.<br><br>THE TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT ACCOMPANYING BILL OF COSTS

I, Kristen M. Ploetz, Esq. hereby on oath depose and state as follows:

1. I am an attorney duly authorized to practice law in the United States District Court for the District of Massachusetts.

2. I am legal counsel of record for the Plaintiff, Barbara Deighton Haupt, Trustee of BD Realty Trust, in the above-referenced matter.

3. I have personal knowledge of the costs incurred in this action.

4. The costs incurred in this action are itemized in the Itemization of Costs which was prepared by me, and which is attached hereto as **Exhibit A**. The documentation supporting costs paid by Plaintiff are attached hereto as **Exhibit B**.

5. The fees for printing and copying as noted on the Itemization of Costs are no higher than what is generally charged for reproduction in the Boston area, and no more copies than what were actually necessary were reproduced.

1

6.  The items and costs claimed in the Bill of Costs and the Itemization of Costs filed

    herewith are correct.

7.  The items and costs have been necessarily incurred in this case.

8.  The services for which fees have been charged were actually and necessarily performed

    in this case.

    Signed under the pains and penalties of perjury this 3rd day of May, 2007.


    Kristen M. Ploetz, Esq.

2

**EXHIBIT A**

Barbara Deighton Haupt, Trustee of BD Realty Trust v. Town of Wareham et al.
C.A. No. 05-11745RWZ
**Itemization of Bill of Costs**

| Itemization of Costs | Amount |
|---|---|
| **Fees of the Clerk** | |
| Filing Fee | $250.00 |
| | |
| **Fees for service of Summons** | |
| Service Fee of Plymouth County Sheriff's Office | |
| for two (2) Summonses | $98.90 |
| | |
| **Fees and disbursements for printing** | |
| Agreed Exhibits 4-9, 11, 14-19, 39, 50-52 @ $0.10/page (in-house) | $15.70 |
| Agreed Exhibits 1-3, 10, 13,42 @ $4.50/page (Kinko's) | $36.00 |
| Agreed Exhibits 46-48 @ $ 5.00/page (B. McKenzie) | $15.00 |
| Agreed Exhibits 21C & 21D | $130.00 |
| Agreed Exhibits 21E & 21F | $148.00 |
| Deposition Transcript - Barbara Deighton Haupt | $185.10 |
| Deposition Transcript - Richard Dennis | $531.00 |
| Deposition Transcript - Michael Giaimo | $202.25 |
| Deposition Transcript - Bradley C. McKenzie | $194.50 |
| Deposition Transcript - Robert Daylor | $662.70 |
| Deposition Transcript - Steven Elliott | $288.00 |
| Deposition Transcript - Lenore White | $300.25 |
| Deposition Transcript - Mark Bobrowski | $246.60 |
| | |
| **Fees for witnesses** | |
| One Day Trial Testimony of Steven G. Elliott | $40.00 |
| One Day Trial Testimony of Lenore White | $40.00 |
| Mileage for Lenore White (19 miles @ $0.325/mile) | $6.18 |
| Common carrier costs for Lenore White (commuter rail) | $15.00 |
| One Day Trial Testimony of Bradley C. McKenzie | $40.00 |
| Mileage for Bradley C. McKenzie (60 miles @ $0.325/mile) | $19.50 |
| Parking fee for Bradley C. McKenzie | $9.00 |
| | |
| **TOTAL COSTS** | $3,473.68 |

**EXHIBIT B**



FedEx Kinko's
2 Center Plaza
Boston. MA 02108-1906
(617) 973-9000

3/29/2006                    3:05:42 PM EST
Trans.: 9078                 Branch: 0272
Register: 002                Till:mk81411
Team Member: Mohamed K.

INVOICE

*027200029078*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 027200003059

Account #: 00004357560001
Authorized User: JEFFREY ANGLEY
Organization: JEFFEREY T ANGLEY PC
Reference: dita002
Signee: Kristen Polatz
Signee Phone: (617) 367-8787

ES OS 24x36                       27.00 T
2172            6.00 @ 4.5000

Sub-Total                         27.00
Deposit                            0.00
  Tax                              1.35
Total                             28.35
  CAS Account                     28.35

Total Tender                      28.35
Change Due                         0.00
I am an authorized agent of the company
          and my signature
authorizes the company to pay for all it
          ems reflected
          on this invoice

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

# **FedEx** Kinko's

FedEx Kinko's
2 Center Plaza
Boston, MA 02108-1906
(617) 973-9000

| | |
|---|---|
| 5/1/2006 | 9:01:18 AM EST |
| Trans.: 1164 | Branch: 0272 |
| Register: 002 | Till:mk83259 |

Team Member: Mohamed K.
Customer: Kristen Ploetz
Organization: JEFFEREY T ANGLEY PC

INVOICE

*0272 0021164*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 027200003715

Account #: 00004357560001
Authorized User: JEFFREY ANGLEY
Organization: JEFFEREY T ANGLEY PC
Reference: ditn002
Signee: Kristen Ploetz
Signee Phone: (617) 367-8787

| | |
|---|---|
| Copies for Kristen | 59.04 |
| | 2 @ 29.5200 |
| | |
| FS C SS 8.5x11/14 | 32.04 T |
| 0173 | 36.00 @ 0.8900 |
| | |
| FS OS BW 24x36 Bond | 27.00 T |
| 0278 | 6.00 @ 4.5000 |
| | |
| Sub-Total | 59.04 |
| Deposit | 0.00 |
| Tax | 2.95 |
| Total | 61.99 |
| CAS Account | 61.99 |
| | |
| Total Tender | 61.99 |
| Change Due | 0.00 |

I am an authorized agent of the company
and my signature
authorizes the company to pay for all it
ems reflected
on this invoice.

## Kristen Ploetz

**From:** Bradley C. McKenzie [bmckenzie@mckeng.com]

**Sent:** Wednesday, April 25, 2007 4:10 PM

**To:** kploetz@Phillips-Angley.Com

**Cc:** JAngley@Phillips-Angley.Com

**Subject:** RE: B. D. Haupt v. Town of Wareham - Fee for Plans

Kristen:  Do you want an invoice for all work done to date?  Typically we would bill reproduction thru invoice.  A color copy would usually run $5 per sheet.

TX, Brad

> -----Original Message-----
> **From:** Kristen Ploetz [mailto:kploetz@Phillips-Angley.Com]
> **Sent:** Wednesday, April 25, 2007 10:08 AM
> **To:** Bradley C. McKenzie
> **Cc:** 'JAngley@Phillips-Angley.Com'
> **Subject:** B. D. Haupt v. Town of Wareham - Fee for Plans
>
> Brad:  We are preparing a Bill of Costs to file with the Court so that our client can recoup some of her trial costs.  Could you please tell me what the cost per copy of the large Revised E-1, C-2 and C-3 plans was so that we can itemize accordingly.  Thanks! - Kristen
>
> Kristen M. Ploetz, Esq.
> Phillips & Angley
> One Bowdoin Square
> Boston, MA 02114
> Phone: (617) 367-8787
> Fax: (617) 227-8992
>
> CONFIDENTIALITY NOTE:  This message and the documents accompanying this transmission may contain information from the law firm of Phillips & Angley which is confidential or privileged information. The information is intended to be for the use of the individual or entity named on this transmission.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this e-mail in error, please notify us by telephone immediately and kindly delete the messages and attachments.

08/10/2006 11:55 FAX 5856638231          AERIAL SURVEYS                    ☑001/001

V  Jacque,
     → Could you verify the date of the 2 photos?
          585

**AERIAL SURVEYS - (585) 663-8231**          **PRICE LIST/ORDER FORM**
     PO Box 12554   716      *JULY 14,*
     Rochester, NY 14612          *1999*

| | | |
|---|---|---|
| 16 x 20 | First Copy ..................................... | $ 80.00 |
| | Each Add'l Copy ............................. | 50.00 |
| 11 x 14 | First Copy ..................................... | $ 55.00 |
| | Each Add'l Copy ............................. | 35.00 |
| 8 x10 | First Copy ..................................... | $ 35.00 |
| | Each Add'l Copy ............................. | 20.00 |
| 5 x 7 | Minimum Order – 2 ........................... | $ 30.00 |
| | Each Add'l 5x7 ................................ | 10.00 |
| 4 x 5 | Minimum Order – 4 ........................... | $ 30.00 |
| | Each Add'l 4x5 ................................ | 5.00 |

20 x 24 Photo .......................................... $110.00

24 x 30 Photo .................................. $135.00

8-16-06

Name: BARBARA LEIGHTON HAUPT   Photo # M 345-418
          BD REALTY TRUST          M 345-419

Address: 200 SOUTH SHORE RD.     Size 16 X 20

City/State SALISBURY, CT 06068    Quantity 2

Phone # 860-824-7851          Total Enc.
                              (Check or M/O) $130.00
                              (New York State Residents Include Sales Tax)

Delivery time is approximately three weeks from receipt of order.

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR
WEYMOUTH, MA 02189
PHONE: 781-335-6791
FAX: 781-335-7911

FED ID: 04-3583506

INVOICE # 98708

Phillips & Angley, P.C.
Jeffrey T. Angley, Esq.

One Bowdoin Square
Boston, MA 02114

angle
16
09/07/2006

DEPOSITION OF:        Barbara Haupt                    TAKEN ON 08/30/2006

RE:  Barbara D. Haupt VS Town of Wareham, et Al

                    58    PAGES @ $2.45              $142.10

                    DELIVERY SERVICE                   $8.00
                    MINI/INDEX/DISK                    $35.00

REMARKS:

                    PAYMENT DUE:..........            $185.10

                    *ORIGINAL*

PAID 10-3-06
CHIC # 2270

TAX ID NO.: 04-3106514



# O'BRIEN & LEVINE

Court Reporting Services

888.825.DEPO (3376)

**Phone: 617.399.0130 • Fax: 617.399.0114**

195 State St. • Boston • MA • 02109

mail@court-reporting.com • www.court-reporting.com

Jeffrey T. Angley
Phillips & Angley
One Bowdoin Square
Suite 300
Boston, MA 02114

# INVOICE

| INVOICE.NO. | DATE | JOB NUMBER |
|---|---|---|
| 22864 | 09/19/2006 | 01-20650 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/25/2006 | KELLKR | |

| CASE CAPTION |
|---|
| Barbara Deighton Haupt v. Town of Wareham Board of Sel |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Transcript of:
Richard J. Dennis, Sr.

144 Pages @    3.50/Page

| | |
|---|---|
| Transcript Archiving | 504.00 |
| Shipping & Handling | 15.00 |
| Condensed -Complimentary | 12.00 |
| | n/c |

Thank-you for choosing O'Brien & Levine. We appreciate your business.

**TOTAL DUE >>>>**    531.00

PAID
10-3-06
CMh H 23060

(617) 367-8787    Fax (617) 227-8992

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR
WEYMOUTH, MA 02189
PHONE: 781-335-6791
FAX: 781-335-7911

FED ID: 04-3583506

INVOICE # 98778

Phillips & Angley, P.C.
Jeffrey T. Angley, Esq.

One Bowdoin Square
Boston, MA 02114

DEPOSITION OF:    Michael Giaimo    TAKEN ON 09/07/2006

RE:  Barbara Haupt VS Town of Wareham, Et Al.

|  | | |
|---|---|---|
| 65    PAGES @  $2.45 | | $159.25 |
| DELIVERY SERVICE | | $8.00 |
| MINI/INDEX/DISK | | $35.00 |

*PAID*

angle
16
09/19/2006

*10-3-06*
*Chk #*
*2002*

REMARKS:

PAYMENT DUE:.......... $202.25

*ORIGINAL*



# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

101 Tremont Street
Boston, Massachusetts 02108
Phone: 617.423.5841
Fax: 617.423.0005

BILL TO:

Phillips & Angley
One Bowdoin Square
Boston, MA  02114

Attn: Jeffrey T. Angley, Esq.

TAX ID#: 04-2861661

Job Taken  9/15/2006    7346

Reporter:
William Jackson

DATE:    9/20/2006    **INVOICE NO.:**    25629

---

| Description | Qty | Rate | Total |
|---|---|---|---|
| BD Realty vs. Town of Wareham, et al | | | |
| Depo. of Bradley C. McKenzie | | | |
| | | | |
| 1 Certified Transcript | 53.00 | 2.75 | 145.75 |
| ASCII Disk & Mini w/word index (enc.) | 1.00 | 40.00 | 40.00 |
| S/H | 1.00 | 8.75 | 8.75 |
| | | Invoice Total | 194.50 |
| | | | |
| | | Balance Due | 194.50 |

Thank you for using Copley Court Reporting, Inc.

PAD    10-3-06
CHK # 2263

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# O'BRIEN & LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 23218 | 10/11/2006 | 01-20831 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/27/2006 | HILLJA | |

| CASE CAPTION |
|---|
| Barbara Deighton Haupt v. Town of Wareham Board of Sel |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Jeffrey T. Angley
Phillips & Angley
One Bowdoin Square
Suite 300
Boston, MA 02114

```
Medical/Technical Transcript of:
   Robert Daylor            163 Pages @      3.90/Page        635.70
           Transcript Archiving                               15.00
           Shipping & Handling                                12.00
           Condensed -Complimentary                            n/c
                                                          _____
                                 TOTAL   DUE   >>>>          662.70

Thank-you for choosing O'Brien & Levine. We appreciate your business.
```

TAX ID NO.:  04-3106514                                (617) 367-8787    Fax (617) 227-8992

*Please detach bottom portion and return with payment.*

Jeffrey T. Angley
Phillips & Angley
One Bowdoin Square
Suite 300
Boston, MA 02114

```
Job No.     : 01-20831
Case No.    :
Barbara Deighton Haupt v. Town of Wa

Invoice No.: 23218
Date        : 10/11/2006
TOTAL DUE   :     662.70
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Amount to Charge: _____ |
| Exp. Date: _____    Phone #: _____ |
| Cardholder's Signature: _____ |

Remit To:    **O'Brien & Levine**
             **195 State Street**
             **Boston, MA 02109**

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR
WEYMOUTH, MA 02189
PHONE: 781-335-6791
FAX: 781-335-7911

FED ID: 04-3583506

INVOICE # 99010

Phillips & Angley, P.C.
Jeffrey T. Angley, Esq.

One Bowdoin Square
Boston, MA 02114

DEPOSITION OF:        Steven Elliott                    angle
                                                       16
                                                       11/01/2006

RE:  Barbara Haupt VS Town of Wareham, Et Al           TAKEN ON 10/11/2006

       100    PAGES @ $2.45          $245.00

       DELIVERY SERVICE               $8.00
       MINI/INDEX/DISK               $35.00

REMARKS:

              PAYMENT DUE............    $288.00

*ORIGINAL*



# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR
WEYMOUTH, MA 02189
PHONE: 781-335-6791
FAX: 781-335-7911

INVOICE # 98802

FED ID: 04-3583506

Phillips & Angley, P.C.
Jeffrey T. Angley, Esq.

One Bowdoin Square
Boston, MA 02114

DEPOSITION OF:        Lenore F. White

RE:   Barbara Haupt VS Town of Wareham, Et Al        TAKEN ON 09/12/2006

angle
11
09/22/2006

PAD 10-3-06
CHC # 2264

| | | |
|---|---|---|
| 105   PAGES @  $2.45 | | $257.25 |
| DELIVERY SERVICE | | $8.00 |
| MINI/INDEX/DISK | | $35.00 |
| PAYMENT DUE............ | | $300.25 |

REMARKS:

*ORIGINAL*

# O'BRIEN & LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 23946 | 11/28/2006 | 01-21686 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/02/2006 | FALCCI | |

| CASE CAPTION |
|---|
| Barbara Deighton Haupt v. Town of Wareham Board of Sel |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Jeffrey T. Angley
Phillips & Angley
One Bowdoin Square
Suite 300
Boston, MA 02114

```
Transcript of:
   Mark Bobrowski                   61 Pages @      3.60/Page        219.60
              Transcript Archiving                                    15.00
              Shipping & Handling                                     12.00
              Condensed -Complimentary                                  n/c
                                                                 _____
                                       TOTAL  DUE  >>>>              246.60
```

Thank-you for choosing O'Brien & Levine. We appreciate your business.

TAX ID NO.: 04-3106514                                    (617) 367-8787    Fax (617) 227-8992

*Please detach bottom portion and return with payment.*

Jeffrey T. Angley
Phillips & Angley
One Bowdoin Square
Suite 300
Boston, MA 02114

```
Job No.     : 01-21686
Case No.    :
Barbara Deighton Haupt v. Town of Wa

Invoice No.: 23946
Date        : 11/28/2006
TOTAL DUE   :    246.60
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____  Phone #: _____

Cardholder's Signature:

Remit To:    **O'Brien & Levine**
             **195 State Street**
             **Boston, MA 02109**

**Kristen Ploetz**

| | |
|---|---|
| **From:** | lenore@wetlandstrategies.com |
| **Sent:** | Wednesday, April 25, 2007 12:08 PM |
| **To:** | kploetz@Phillips-Angley.Com |
| **Subject:** | Re: B. D. Haupt v. Town of Wareham - mileage/parking fees |

```
$15.00 for cost of commute on MBTA and 18.5 miles to and from commuter rail station.  I
bill mileage @.048/mile which I understand may be different from court allowance.
```

```
>
> On Wed, 25 Apr 2007 10:14:00 -0400
>  Kristen Ploetz <kploetz@Phillips-Angley.Com> wrote:
>> Lenore and Brad:  We are itemizing our client's costs for litigation
>>in order to file a Bill of Costs with the court which will allow her
>>to recoup some of her costs.
>> Kindly let me know how much you paid for parking on the day you
>>testified, as well as the mileage driven to and from the court
>>(approximate).  Thanks. - Kristen
```

1

## Kristen Ploetz

**From:** Bradley C. McKenzie [bmckenzie@mckeng.com]
**Sent:** Wednesday, April 25, 2007 4:12 PM
**To:** kploetz@Phillips-Angley.Com
**Subject:** RE: B. D. Haupt v. Town of Wareham - mileage/parking fees

Kristen: I dont recall the fee - it was in lot directly adjacent to court - approx. 2 hours. Mileage would be approx. 60 miles roundtrip.

TX, Brad

> -----Original Message-----
> **From:** Kristen Ploetz [mailto:kploetz@Phillips-Angley.Com]
> **Sent:** Wednesday, April 25, 2007 10:14 AM
> **To:** Lenore White; Bradley C. McKenzie
> **Cc:** 'JAngley@Phillips-Angley.Com'
> **Subject:** B. D. Haupt v. Town of Wareham - mileage/parking fees
>
> Lenore and Brad: We are itemizing our client's costs for litigation in order to file a Bill of Costs with the court which will allow her to recoup some of her costs. Kindly let me know how much you paid for parking on the day you testified, as well as the mileage driven to and from the court (approximate). Thanks. - Kristen
>
> Kristen M. Ploetz, Esq.
> Phillips & Angley
> One Bowdoin Square
> Boston, MA 02114
> Phone: (617) 367-8787
> Fax: (617) 227-8992
>
> CONFIDENTIALITY NOTE: This message and the documents accompanying this transmission may contain information from the law firm of Phillips & Angley which is confidential or privileged information. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us by telephone immediately and kindly delete the messages and attachments.