# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>BARBARA DEIGHTON HAUPT</u>
    Plaintiff(s)

v.          CIVIL ACTION NO. <u>05CV11745-RWZ</u>

<u>THE TOWN OF WAREHAM ET AL</u>
    Defendant(s)

### AMENDED JUDGMENT IN A CIVIL CASE

<u>ZOBEL, D.J.</u>

**X**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

  Judgment for PLAINTIFF in the amount of $1,550,000.00

Dated: <u>5/9/07</u>        By <u> LISA A. URSO </u>
                 Deputy Clerk