# PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

TELECOPIER (617) 227-8992

FILED
CLERKS OFFICE
2007 MAY 21 P 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

May 18, 2007

Ms. Lisa Urso
Courtroom Clerk
United States District Court
  for the District of Massachusetts
Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE:   Barbara Deighton Haupt, Trustee, BD Realty Trust v. Town of Wareham et al.
      U.S. District Court for the District of Massachusetts, Civil Action No.: 05-11745RWZ

Dear Ms. Urso:

   As requested per our telephone conversation today, enclosed please find the Bill of Costs in the above-referenced matter which is being returned to you for your further endorsement of the Declaration, specifically the amount of costs allowed by the Court which was inadvertently left blank. Once you have completed the Declaration, kindly remit same back to the undersigned.

   Thank you for your attention to this matter.

                                   Sincerely,

                                   Kristen M. Ploetz

                                   Kristen M. Ploetz, Esq.

KMP/kmp
Encl.
cc:   Jeffrey T. Angley, Esq.
L:\Ditn002\Clerk.L.05.18.07.doc

≈AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   Massachusetts

FILED
IN CLERKS OFFICE

2007 MAY -4 P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Barbara Deighton Haupt, Trustee of BD Realty

V.

Town of Wareham et al.

**BILL OF COSTS**

Case Number: 05-11745RWZ

Judgment having been entered in the above entitled action on  4/19/2007  against  Town of Wareham ,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 98.90 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,955.10 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 169.68 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 3,473.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☒   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Kristen M. Ploetz_

Name of Attorney:   Kristen M. Ploetz, Esq.

For:   Barbara Deighton Haupt, Trustee of BD Realty Trust                    Date:   5/3/2007
                          Name of Claiming Party

Costs are taxed in the amount of _____   and included in the judgment.

SARAH A. THORNTON                By: _____                5/17/07
Clerk of Court                                                                Date

≈AO 133     (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Steven G. Elliott | 1 | 40.00 | 0 | 0.00 | 0 | 0.00 | $40.00 |
| Lenore White | 1 | 40.00 | 0 | 0.00 | 19 | 21.18 | $61.18 |
| Bradley C. McKenzie | 1 | 40.00 | 0 | 0.00 | 60 | 28.50 | $68.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $169.68 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."