UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM acting by and through the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM, and the BOARD OF SELECTMEN OF THE TOWN OF WAREHAM,

    Defendants

NOTICE OF APPEAL

Notice is hereby given that the defendants, Town of Wareham acting by and through the Board of Selectmen of the Town of Wareham and the Board of Selectmen of the Town of Wareham, in the above captioned matter, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment of this Court entered in this action on April 19, 2007 and the Amended Judgment of this Court entered on May 9, 2007 as well as the District Court's denial of Defendants' Motion for New Trial/Remittitur and/or Motion to Amend Judgment.

DEFENDANTS,

By their attorneys,

/s/ Jeffrey T. Blake
Richard Bowen (BBO# 552814)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007

314577/WARH/0224