# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Haupt v. Town of Wareham, et al.__

District Court Case No. __05-11745-RWZ__     District of __Massachusetts__

Date Notice of Appeal filed __June 7, 2007__     Court of Appeals Case No. _____

Form filed on behalf of __All defendants__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Catherine A. Handel__

Phone Number of Reporter __(617) 261-0555__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| X | Jury Voir Dire | 4/9/07 |
| X | Opening Statement (plaintiff) | 4/9/07 |
| X | Opening Statement (defendant) | 4/9/07 |
| X | Trial | 4/9/07 - 4/11/07, 4/13/07, 4/18/07 |
| X | Closing Argument (plaintiff) | 4/18/07 |
| X | Closing Argument (defendant) | 4/18/07 |
| ☐ | Findings of Fact/Conclusions of Law | |
| X | Jury Instructions | 4/18/07 |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| X | Pretrial proceedings (specify) _____ | 3/8/07, 4/9/07 |
| ☐ | Testimony (specify) _____ | |
| ☐ | Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- X Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jeffrey T. Blake, Esq.__     Filer's Signature __[signature]__

Firm/Address __Kopelman and Paige, P.C., 101 Arch Street, 12th Floor, Boston, MA 02110__

Telephone number __(617) 556-0007__     Date mailed to court reporter __June 8, 2007__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)     SEE INSTRUCTIONS ON REVERSE