## PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

TELECOPIER (617) 227-8992

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

June 15, 2007
**BY ECF FILING AND COURTESY COPY BY REGULAR MAIL**

Ms. Lisa Urso
Courtroom Clerk
United States District Court for the District of Massachusetts
Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE:   Barbara Deighton Haupt, Trustee, BD Realty Trust v. Town of Wareham et al.
       U.S. District Court for the District of Massachusetts, Civil Action No.: 05-11745RWZ

Dear Ms. Urso:

I am writing as a follow-up to my letter dated May 3, 2007, wherein we provided information to the Court regarding the pre- and post-judgment interest rates that should be applied in the above-referenced case. As indicated in my letter of May 3, 2007, because this was a state law claim for an assessment of damages in an eminent domain proceeding, the interest rates that should be applied in this case are found at M.G.L. c.79, § 37.

Upon receipt of this letter, kindly advise the undersigned as to whether the Court has calculated the pre-judgment interest, and determined the rate of the post-judgment interest so that we may include these amounts when we file our Writ of Execution. Thank you for your attention to this matter.

Sincerely,

Kristen M. Ploetz, Esq.

KMP/kmp
cc:   Jeffrey T. Angley, Esq.
       Jeffrey T. Blake, Esq.
       Client
L:\Ditn002\Clerk.L.06.15.07.doc