UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11745RWZ

BARBARA DEIGHTON HAUPT, Trustee of
BD REALTY TRUST,

    Plaintiff

v.

TOWN OF WAREHAM acting by and
through the BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM, and the
BOARD OF SELECTMEN OF THE TOWN
OF WAREHAM,

    Defendants

CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 7.1(A)(2)

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel for defendants hereby certifies that he conferred with counsel for the plaintiff regarding defendants' Motion to Stay Execution of Plaintiff's First Writ of Execution Pending Appeal and Waive Supersedeas Bond Requirement by letter dated June 20, 2007. As a result of said conferral the parties were unable to narrow or resolve the issues presented by the defendants' motion.

                                          DEFENDANTS,

                                          By their attorneys,

                                          /s/ Jeffrey T. Blake
                                          Richard Bowen (BBO# 552814)
                                          Jeffrey T. Blake (BBO# 655773)
                                          Kopelman and Paige, P.C.
                                           Town Counsel
                                          101 Arch Street
                                          12th Floor
                                          Boston, MA 02110-1109
                                          (617) 556-0007

318769/WARH/0224