**MANDATE**

# United States Court of Appeals
## For the First Circuit

05-11745
USDC/MA
R. Zobel

No. 07-1933

BARBARA DEIGHTON HAUPT, Trustee of BD Realty Trust

Plaintiff - Appellee

v.

TOWN OF WAREHAM, MA, acting by and through the Board of Selectmen of the Town of Wareham; BOARD OF SELECTMEN FOR THE TOWN OF WAREHAM

Defendants - Appellants

---

**JUDGMENT**

Entered: September 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/13/07

By the Court:
Richard Cushing Donovan, Clerk

By ERIC
Appeals Attorney

[cc: Jeffrey T. Angley, Esq., Kristen M. Ploetz, Esq., Richard P. Bowmen, Esq., Jeffrey T. Blake, Esq.]